# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA RANGEL, an individual, on behalf of herself and others similarly situated,<br><br>          Plaintiff,<br><br>      vs.<br><br>W.W. GRAINGER, INC., an Illinois Corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 2:18-cv-02867-KJM-DB<br><br><u>CLASS ACTION</u><br><br><u>Assigned for All Purposes To:</u><br>Hon. Kimberly J. Mueller<br>Courtroom 3, 15th Floor, Sacramento<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING ENTRY OF ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT AND STAYING THE ACTION PENDING MEDIATION**<br><br>Complaint Filed: September 24, 2018<br>Removed:  October 26, 2018<br>Trial Date:  None set. |

ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND STAYING THE ACTION

**<u>ORDER</u>**

The Court has considered the Joint Stipulation requesting Entry of an Order Granting Plaintiff Leave to File a First Amended Complaint ("Joint Stipulation") and staying further proceedings in this action pending the parties' completion of mediation on **July 29, 2019** filed by Plaintiff SELINA RANGEL ("Plaintiff"), on behalf of herself and all other similarly situated employees of Defendant W.W. GRAINGER, INC. ("Defendant") (collectively, "the parties") and Defendant, and the proposed First Amended Class Action Complaint in the form attached at **Exhibit A** to the Joint Stipulation.

With good cause appearing, and pursuant to the Joint Stipulation, the Court approves the Joint Stipulation and it is hereby ordered that:

1. Plaintiff is granted leave to file her First Amended Complaint, as provided at **Exhibit A** to the parties' Joint Stipulation;

2. The action is stayed, including any conferences, the filing of further pleadings, and proceeding with formal discovery, pending the parties' completion of mediation;

3. The Initial Status Conference scheduled for **March 14, 2019** in this action is continued to **August 29, 2019** at 2:30 p.m. in Courtroom Three;

4. The parties will file their Joint Status Report under Rule 26(f) on or before **August 22, 2019**; and

5. Defendant will file its responsive pleading to the First Amended Complaint, if necessary, within 21 days following the continued Initial Status Conference.

**IT IS SO ORDERED.**

DATED:  February 26, 2019.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND STAYING THE ACTION