# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA RANGEL, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>W.W. GRAINGER, INC., an Illinois Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02867-KJM-DB<br><br>**ORDER GRANTING MOTION TO STAY PENDING MEDIATION**<br><br>Judge: Kimberly J. Mueller<br>Complaint Filed: September 24, 2018<br>Trial Date: None Set |

The Court has considered the Joint Stipulation requesting Entry of an Order Granting stay of all further proceedings in this action pending the parties' completion of mediation on September 27, 2019 filed by Defendant W.W. Grainger, Inc. ("Defendant") and Plaintiff.

With good cause appearing, and pursuant to the Joint Stipulation, the Court approves the Joint Stipulation and it is hereby ordered that:

1. The action is stayed, including any conferences, proceedings, and formal discovery pending the parties' completion of mediation.

2. The Initial Status Conference scheduled for August 29, 2019 is continued to November 7, 2019 at 2:30 p.m. in Courtroom Three.

/////

/////

ORDER GRANTING STAY PENDING MEDIATION

3. The parties will file their Joint Status Report under Rule 26(f) on or before October 31, 2019; and Defendant will file its responsive pleading to the First Amended Complaint, if necessary, within 21 days following the continued Initial Status Conference.

**IT IS SO ORDERED.**

DATED: June 11, 2019.

_____
UNITED STATES DISTRICT JUDGE