# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA RANGEL, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>W.W. GRAINGER, INC., an Illinois Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02867-KJM-DB<br><br>CLASS ACTION<br><br>Assigned for All Purposes To:<br>Hon. Kimberly J. Mueller<br>Courtroom 3, 15th Floor, Sacramento<br><br>**ORDER REMANDING ACTION TO STANISLAUS COUNTY SUPERIOR COURT**<br><br>Complaint Filed: September 24, 2018<br>Removed: October 26, 2018<br>First Amended Complaint: February 28, 2019<br>Trial Date: None set. |

# ORDER

The Court has considered the Joint Stipulation and Request to Remand Action to Stanislaus County Superior Court ("Joint Stipulation") filed by Plaintiff SELINA RANGEL ("Plaintiff"), on behalf of herself and all other similarly situated employees of Defendant W.W. GRAINGER, INC. ("Defendant") (collectively, "the parties") and Defendant. Having reviewed the aforementioned stipulation, and with good cause appearing, it is hereby ORDERED that:

1. The Parties' Joint Stipulation is GRANTED and the Court hereby remands this Action (ED Cal. Case No. 2:18-cv-02867-KJM-DB) in its entirety to Stanislaus County Superior Court for all further proceedings; and

2. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this Action.

**IT IS SO ORDERED.**

DATED: October 18, 2019.

_____
UNITED STATES DISTRICT JUDGE